IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAZARUS D. ORTEGA,

    Plaintiff,                   No. 2:11-cv-2735 GEB CKD P

    vs.

HEITKAMP,

    Defendant.           <u>ORDER</u>

_____/

    On August 20, 2012, defendant filed a motion to revoke plaintiff's in forma pauperis status pursuant to 28 U.S.C. § 1915(g).  Plaintiff has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to defendant's motion to revoke plaintiff's in forma pauperis status or a statement of non-opposition.  Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: September 20, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
orte2735.46